■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE WILLIAMS, Appellant. (Appeal No. 1.)—Judgment unanimously modified on the law and as modified affirmed and matter remitted to Supreme Court, Monroe County, for further proceedings, in accordance with the following memorandum: The court erred in directing defendant to pay restitution without conducting a hearing to determine the correct amount. The sole basis for the court's restitution order was a statement by the Assistant District Attorney that Aetna Insurance had sustained a loss in the amount of $1,661.04 based on its reimbursement to one of the victims. This statement does not form a sufficient basis upon which to order restitution (see, People v Cheatum, 148 AD2d 986, lv denied 74 NY2d 662; People v Dixon, 134 AD2d 877, 878; People v Sommer, 105 AD2d 1052). The order of restitution is therefore vacated and the matter remitted for further proceedings. (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—burglary, third degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE WILLIAMS, Appellant. (Appeal No. 2.)—Judgment unanimously modified on the law and as modified affirmed and matter remitted to Supreme Court, Monroe County, for further proceedings, in accordance with the same memorandum as in People v Williams ([appeal No. 1] 154 AD2d 945 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—grand larceny, fourth degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.